**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK DWIGHT BIRDSONG, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MARTIN D. BITER (Warden), ) <br> ) <br> Respondent. ) <br> _____) | NO. CV 17-3067-VAP(E) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 14, 2017.

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE